## UNITED STATES DISTRICT COURT SOUTHERN INDIANA

USA -VS- THOMPSON, ANTHONY                                            IP98-CR-0038-08-S/D

| FILED | CLOSED | OFFENSE | NO. DEFTS | MAG CASE NO. | JUDGE | MAGISTRATE |
|---|---|---|---|---|---|---|
| 03/10/1998 | 11/18/1999 | Felony | 16 | N/A | STINSON | DINSMORE |

USA
plaintiff

**MELANIE CONOUR**
UNITED STATES ATTORNEY'S OFFICE
10 WEST MARKET STREET, SUITE 2100
INDIANAPOLIS, IN 46204
(317)226-6333

**V.**
THOMPSON, ANTHONY
defendant

**RICHARD L FORD**
ATTNY AT LAW
10535 E WASHINGTON ST #125
INDIANAPOLIS, IN 46229
(317)861-1407

| NO. | COUNTS | OFFENSE |
|---|---|---|
| 1 | 1 | CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE |

| DATE | PROCEEDINGS |
|---|---|
| 03/10/1998 | INDICTMENT FILED eod 03/12/98 [JMC] |
| 03/10/1998 | CRIM INFO SHEET eod 03/12/98 [JMC] |
| 03/10/1998 | PRAECIPE for warrant eod 03/12/98 [JMC] |
| 03/10/1998 | WARRANT ISSUED eod 03/12/98 [JMC] |
| 03/12/1998 | NGPL ORDER ASSIGNS JURY TRIAL to 05/11/98 at 09:30AM Room 243 (SHD) c/m eod 03/12/98 [JMC] |
| 03/13/1998 | REASSIGNED from Judge DILLIN to Judge MCKINNEY eod 03/13/98 [DLD] |
| 04/22/1998 | INDICTMENT UNSEALED per courtroom minutes of 4/22/98 hearing held before Magistrate Foster (see IP98-38 CR-03 M/F) eod 04/22/98 [CBU] |

| | |
|---|---|
| 05/05/1998 | ORDER GRANTS the motion for cont. eod 05/05/98 [DLD] |
| 05/05/1998 | ORDER VACATES the trial date of May 11, 1998. eod 05/05/98 [DLD] |
| 05/05/1998 | ORDER re-sets the Trial by Jury on Monday, July 27, 1998 at 9:30 a.m. cm LJM eod 05/05/98 [DLD] |
| 05/05/1998 | MOTION TO CONTINUE trial date. cs PLTF eod 05/06/98 [DLD] |
| 05/12/1998 | PETITION for Writ of Habeas Corpus Ad Prosequendum - PLTF USA eod 05/13/98 [MAC] |
| 05/19/1998 | ORDER GRANTS the petition for writ of habeas corpus ad prosequendum. cm LJM eod 05/19/98 [DLD] |
| 05/19/1998 | WRIT OF HABEAS CORPUS AD PROSEQUENDUM eod 05/19/98 [DLD] |
| 05/20/1998 | PETITION for Writ of Habeas Corpus Ad Prosequendum on Anthony Thompson c/s - USA eod 05/20/98 [KAH] |
| 05/21/1998 | ORDER - to Clerk to issue a Writ of Habeas Corpus Ad Prosequendum on Anthony Thompson cm/LJM eod 05/21/98 [SJD] |
| 05/21/1998 | WRIT OF HABEAS CORPUS AD PROSEQUENDUM (Certified copies to U.S. Marshal) eod 05/21/98 [SJD] |
| 05/21/1998 | WRIT OF HABEAS CORPUS AD PROSEQUENDUM RETURNED UNEXECUTED. Deft moved to Westville. New Writ prepared - USM eod 05/22/98 [AP] |
| 06/04/1998 | COURTROOM MINUTES of a hearing held before Chief U.S. Mag Judge Godich eod 06/05/98 [SWM] |
| 06/04/1998 | DEFT APPEARS IN PERSON AND request court appt. counsel. Court appointed IFCD for initial hearing and will appoint CJA for further proceedings eod 06/05/98 [SWM] |
| 06/04/1998 | APPEARANCE FOR THE USA BY AUSA Barry Glickman eod 06/05/98 [SWM] |
| 06/04/1998 | INITIAL APPEARANCE ON INDICTMENT/INFORMATION eod 06/05/98 [SWM] |

| | |
|---|---|
| 06/04/1998 | Deft. moved for pre-trial detention and requested continuance of hearing. Deft. waived detention hearing at this time. Deft waived right to detention hearing pending release from state custody. eod 06/05/98 [SWM] |
| 06/04/1998 | DEFT REMANDED TO CUSTODY of USMS eod 06/05/98 [SWM] |
| 06/04/1998 | CJA COUNSEL Richard Ford appt. for all proceedings on Voucher #0392255 (KPF) eod 06/08/98 [MHK] |
| 06/09/1998 | USM RETURN eod 06/09/98 [DLD] |
| 06/17/1998 | CJA COUNSEL Richard L. Ford enters appearance on behalf of deft c/s - DEFT Thompson eod 06/18/98 [MAC] |
| 06/19/1998 | ENTRY ASSIGNS CONF to 06/24/98 at 04:00PM Room 204 (LJM) c/m Mr. DuPonte shall be permitted to participate by telephone by calling the Court. eod 06/22/98 [DLD] |
| 06/24/1998 | ENTRY - Counsel appear for attorney conference which is continued. eod 06/25/98 [SJD] |
| 06/24/1998 | ENTRY ASSIGNS CONF to 07/16/98 at 02:30PM Room 204 (LJM) c/m Mr. DuPonte shall be permitted to participate by telephone. eod 06/25/98 [SJD] |
| 06/30/1998 | SUPERSEDING INDICTMENT eod 06/30/98 [DLD] |
| 06/30/1998 | CRIM INFO SHEET eod 06/30/98 [DLD] |
| 06/30/1998 | PRAECIPE for WARRANT eod 06/30/98 [DLD] |
| 07/01/1998 | WARRANT ISSUED eod 07/01/98 [DLD] |
| 06/30/1998 | SUMMARY of Superseding Indictment. eod 07/01/98 [DLD] |
| 06/30/1998 | Attachment to Indictment Cover Sheet eod 07/01/98 [DLD] |
| 07/07/1998 | MOTION TO UNSEAL the Superseding Indictment returned on 6/30/98 cs/GOVT eod 07/07/98 [SJD] |
| 07/07/1998 | INDICTMENT UNSEALED - (Superseding Indictment returned on 6/30/98) cm/SEB eod 07/07/98 [SJD] |

07/08/1998          COURTROOM MINUTES of a hearing held before Mag. Judge Foster eod 07/08/98
                    [MHK]

07/08/1998          INITIAL APPEARANCE ON INDICTMENT/INFORMATION (Superseding) eod
                    07/08/98 [MHK]

07/08/1998          DEFT APPEARS IN PERSON AND with appt. counsel Richard Ford eod 07/08/98 [MHK]

07/08/1998          APPEARANCE FOR THE USA BY AUSA Melanie Conour eod 07/08/98 [MHK]

07/08/1998          USPO Represented by Brandon Brewer eod 07/08/98 [MHK]

07/08/1998          CHARGES & RIGHTS and Penalties were read and explained. Def. waived formal
                    arraignment. eod 07/08/98 [MHK]

07/08/1998          DEFT REMANDED TO CUSTODY of U. S. Marshals pending further proceedings before
                    the Court (KPF) eod 07/08/98 [MHK]

07/09/1998          USM RETURN eod 07/10/98 [DLD]

07/23/1998          ORDER VACATES the trial setting of July 27, 1998. eod 07/24/98 [DLD]

07/23/1998          ORDER RE-SET Jury Trial on Monday, August 31, 1998 at 9:30 a.m. in Courtroom 202,
                    United States District Court. eod 07/24/98 [DLD]

08/10/1998          ORDER - VACATES trial setting of 8/31/98 cm/LJM eod 08/11/98 [SJD]

08/10/1998          ORDER REASSIGNS JURY TRIAL to 01/25/99 at 09:30AM Room 202 (LJM) c/m eod
                    08/11/98 [SJD]

09/10/1998          ORDER OVERRULES the Motion to Join the Motion of Co-Defendant Anthony Spradley
                    to appeal Magistrate's entry and order of detention pending trial. cm LJM eod 09/11/98
                    [DLD]

09/30/1998          ORDER GRANTS all parties in this cause of action to and including 10/25/98 to submit
                    their Pre-Trial Motions. cm LJM eod 09/30/98 [DLD]

09/30/1998          ORDER OVERRULES DEFT'S Ellis Walker and William J. Gray's motion to suppress and
                    bar testimony of Keith Cork, William Cox, Robert Johnson, Dwayne Gibson, William Coby
                    and others and all other co-defts through said motions to suppress. cm LJM eod 09/30/98
                    [DLD]

| | |
|---|---|
| 10/26/1998 | ORDER OVERRULES all of the Singleton motions pending in this case. (SO) cm LJM eod 10/26/98 [DLD] |
| 10/28/1998 | ORDER OVERRULES deft Perkins' Motion to Strike aliases from the Indictment. None of the aliases are prejudicially inflammatory. They may be used only for witness identification. eod 10/29/98 [DLD] |
| 10/28/1998 | ORDER OVERRULES the Motions to Sever. None of the defts have shown actual prejudice. eod 10/29/98 [DLD] |
| 10/28/1998 | ORDER OVERRULES the Motions for Bill of Particulars. The Court finds that each deft is adequately informed of the nature of the charge against him with sufficient precision to enable him to prepare and to avoid or minimize prejudicial suprise at trial. cm LJM eod 10/29/98 [DLD] |
| 11/17/1998 | RESPONSE IN OPPOSITION to deft's Motion and Memorandum to bar prosecution or suppress evidence for outrageous governmental conduct and violations of due process. cs PLTF eod 11/17/98 [DLD] |
| 11/24/1998 | NOTICE - Partial Notice regarding expert witnesses. cs PLTF eod 11/24/98 [DLD] |
| 12/01/1998 | RESPONSE IN OPPOSITION to DEFT (Spradley's) Motion to Dismiss federal murder charges and related offenses for lack of federal jurisdiction, or in the alternative to sever federal murder charges and related offenses. cs PLTF eod 12/01/98 [DLD] |
| 12/01/1998 | MOTION to Compel Discovery. cs PLTF eod 12/02/98 [DLD] |
| 12/02/1998 | RESPONSE to DEFT (Spradley's) motion for grand jury testimony and previously undisclosed statement(s) of DEFT. cs PLTF eod 12/02/98 [DLD] |
| 12/02/1998 | RESPONSE IN OPPOSITION to DEFT (Spradley's) supplement and renewed motion and memorandum to bar prosecution or to suppress evidence for outrageous government midconduct and violations of due process. cs PLTF eod 12/02/98 [DLD] |
| 12/04/1998 | RESPONSE IN OPPOSITION to DEFT'S motion to determine the existence and identities of confidential informants or sources of information; and motion and supplement motion for order compelling production of Brady and Bagley materials (Impeachment Materials) cs PLTF eod 12/04/98 [DLD] |
| 12/04/1998 | RESPONSE IN OPPOSITION to DEFT (Spradley's) motion in the alternative to strike use of all non-discovered evidence at trial or dismiss prosecution for non-compliance with court's discovery order. cs PLTF eod 12/07/98 [DLD] |

| | |
|---|---|
| 12/04/1998 | RESPONSE IN OPPOSITION to DEFT (Spradley) motion in limine to strike certain inflammatory and prejudicial evidence, and Motion for specific notice regarding intent to introduce "Overt Act" evidence, pursuant to FRE 404(b). cs PLTF eod 12/07/98 [DLD] |
| 12/08/1998 | RESPONSE to deft's (Spradley) motion to suppress post-arrest statement by deft (Spradley) to state police officers. cs PLTF eod 12/08/98 [DLD] |
| 12/08/1998 | ENTRY ASSIGNS CONF to 12/16/98 at 10:00AM Room 204 (LJM) c/m Indianapolis attorneys are to attend in person. Frederick Mann and Michael R. DuPonte may participate telephonically. eod 12/08/98 [DLD] |
| 12/16/1998 | ENTRY - Attorney conference held. eod 12/16/98 [DLD] |
| 12/17/1998 | NOTICE - Amendment to partial notice regarding expert witnesses. cs PLTF eod 12/18/98 [DLD] |
| 12/17/1998 | NOTICE - Second Partial notice regarding expert witnessess. cs PLTF eod 12/18/98 [DLD] |
| 12/29/1998 | NOTICE - Third Partial Notice Regarding Expert Witnesses. c/s PLTF eod 12/29/98 [TMA] |
| 12/30/1998 | MOTION TO CONTINUE Pretrial Dates. c/s GOVT eod 12/30/98 [TMA] |
| 01/08/1999 | ORDER VACATES THE JURY Trial Date set for January 25, 1999 and this cause is re-set for Trial by Jury on Monday, March 8, 1999 at 9:30 a.m. cm LJM eod 01/08/99 [DLD] |
| 01/08/1999 | SEALED DOCUMENT - Response to DEFT (Anthony M. Spradley) Motions regarding impeachment materials and first motion in limine filed under seal. cs PLTF eod 01/08/99 [DLD] |
| 01/12/1999 | MOTION for an emergency protective order. cs PLTF eod 01/13/99 [DLD] |
| 01/19/1999 | ORDER that the defts not photocopy or duplicate, in whole or in part, any discovery materials, for purposes of providing said materials to any other individual or entity, including the defts. eod 01/19/99 [DLD] |
| 01/19/1999 | ORDER that the deft not attach, circulate, nor publish motions and orders of this Court which have been file under seal. eod 01/19/99 [DLD] |
| 01/19/1999 | ORDER that deft Spradley serve the government with all future pleadings by including the government on the certificate of service of any such pleadings, with the exception of ex parte filings. cm LJM eod 01/19/99 [DLD] |

| | |
|---|---|
| 01/19/1999 | NOTICE - Fourth Partial Notice regarding expert witnesses. cs PLTF eod 01/19/99 [DLD] |
| 01/19/1999 | RESPONSE IN OPPOSITION to DEFT (Spradley's) Franks' Motion and Motion to Suppress Fruits of Search conducted 07/03/97, pursuant to search warrant. cs PLTF eod 01/19/99 [DLD] |
| 02/02/1999 | ORDER GRANTS the Motion to Compel Discovery and defts are ordered to comply with suchd discovery on or before 02/17/99. cm LJM eod 02/02/99 [DLD] |
| 02/02/1999 | NOTICE - Fifth Partial Notice regarding expert witnesses. cs PLTF eod 02/02/99 [DLD] |
| 02/02/1999 | ORDER Grants the motion to continue the previously ordered pretrial dates. Extending deadline for disclosure of Jencks/Rule 26.2 statements to March 1, 1999 and sets schedule for pretrial disclosures by the government. Feb. 22, 1999, Notice of 404(b) evidence; Santiago Proffer to the Court; and Notice of Evidence pursuant to Fed.R. Evid. 609, March 1, 1999: Jencks/Rule 26.2 statements made available to defts; Motions in Limine filed. cm LJM eod 02/02/99 [DLD] |
| 02/08/1999 | RESPONSE IN OPPOSITION to deft Gray's Motion to Conduct independent DNA testing of hair and saliva, pursuant to R. 16(C) FRCP., and for order compelling government witnesses to submit hair and saliva samples. cs PLTF eod 02/08/99 [DLD] |
| 02/17/1999 | NOTICE TO COURT of Government's position regarding statement contained in Court's order of 02/12/99. cs PLTF eod 02/17/99 [DLD] |
| 02/22/1999 | MOTION for a Protective Order. cs PLTF eod 02/22/99 [DLD] |
| 02/25/1999 | ENTRY ASSIGNS CONF to 03/01/99 at 08:30AM Room 204 (LJM) c/m Re: Attorney Conference eod 02/25/99 [DLD] |
| 03/01/1999 | ENTRY - Attorney conference held. eod 03/05/99 [DLD] |
| 03/01/1999 | ENTRY - The Court, on its own motion, VACATES the trial date of March 8, and resets this cause. eod 03/05/99 [DLD] |
| 03/01/1999 | ENTRY REASSIGNS JURY TRIAL to 03/22/99 at 09:30AM Room 202 (LJM) c/m eod 03/05/99 [DLD] |
| 03/01/1999 | ENTRY ASSIGNS CONF to 03/08/99 at 04:00PM Room 204 (LJM) c/m (Docket Entry only - no distribution) eod 03/05/99 [SJD] |
| 03/22/1999 | ORDER grants the Motion to Cont. filed by DEFT (Anthony Spradley) eod 03/22/99 [DLD] |

| 03/22/1999 | ORDER VACATES that the trial date of March 22, 1999. eod 03/22/99 [DLD] |
| --- | --- |
| 03/22/1999 | ORDER REASSIGNS JURY TRIAL to 07/06/99 at 09:30AM Room 202 (LJM) c/m eod 03/22/99 [DLD] |
| 05/20/1999 | ORDER - pending before the Court are motions for additional preemptory challenges. The Court will consider additional preemptory challenges a week before trial. cm LJM eod 05/20/99 [DLD] |
| 05/20/1999 | ORDER - Pending before the Court are various Motions to Sever. All are OVERRULED. The same reasons for denying previous motions remain. The dispute the various defendants have with the Government's proffer do not meet the Court's concerns about piecemeal trial of the various counts and individuals. cm LJM eod 05/20/99 [DLD] |
| 05/21/1999 | MOTION to Join. cs DEFT eod 05/24/99 [DLD] |
| 06/01/1999 | NOTICE - Supplemental Notice of Evidence pursuant to Fed. R. Evid. 609. cs PLTF eod 06/01/99 [DLD] |
| 06/07/1999 | ORDER ON INITIAL DETERMINATION OF ADMISSIBILITY of coconspirators' statements. The Court's initial determination is that the proffered statements are admissible against all defendants. cm/LJM eod 06/07/99 [SJD] |
| 06/07/1999 | ORDER - GRANTS Govt's Motion to Admit Out of Court Statements eod 06/07/99 [SJD] |
| 06/07/1999 | ORDER - DENIES Defendants' Motions in Limine (applicable to all pending motions in limine on the issue of admittance of out of court statements) cm/LJM eod 06/07/99 [SJD] |
| 06/07/1999 | ENTRY REASSIGNS JURY TRIAL to 07/09/99 at 09:30AM Room 202 (LJM) c/m The trial date of July 6, 1999 is VACATED. eod 06/08/99 [DLD] |
| 06/07/1999 | ENTRY ASSIGNS CONF to 06/24/99 at 02:30PM Room 202 (LJM) c/m Re: Attorney Conference eod 06/09/99 [DLD] |
| 06/22/1999 | Response in Opposition to DEFT (Gray's) Motion in Limine regarding Police Officer "Expert" testimony and supplemental notice regarding expert witnesses. cs PLTF eod 06/23/99 [DLD] |
| 06/22/1999 | Response to DEFT (Gray's) Motion to Reconsider. cs PLTF eod 06/23/99 [DLD] |
| 06/22/1999 | Response in Opposition to DEFT (Gray's) supplemental request for Voir Dire. cs PLTF eod 06/23/99 [DLD] |

| | |
|---|---|
| 06/24/1999 | MOTION to Correct Scrivener's error and to redact overt act in the Indictment. cs PLTF eod 06/25/99 [DLD] |
| 06/24/1999 | NOTICE of Tacit Admission. cs PLTF eod 06/25/99 [DLD] |
| 06/24/1999 | MOTION to Admit out of Court Statements pursuant to Fed. R. Evid. 804(b)(3) cs PLTF eod 06/25/99 [DLD] |
| 06/25/1999 | ORDER OVERRULES the DEFT (Gray's) Motion to Prohibit "Rogues Gallery" Chart. eod 06/25/99 [DLD] |
| 06/25/1999 | ORDER OVERRULES the DEFTS' Supplemental Request for Voir Dire. eod 06/25/99 [DLD] |
| 06/25/1999 | ORDER OVERRULES the DEFTS Motion in Limine regarding Police Officer "Expert" Testimony. eod 06/25/99 [DLD] |
| 06/25/1999 | ORDER OVERRULES the DEFTS' Motion to Reconsider and Request for More Specific Findings. eod 06/25/99 [DLD] |
| 06/28/1999 | ENTRY ASSIGNS CONF to 07/06/99 at 10:00AM Room 202 (LJM) c/m Re: Final Attorney Conference eod 06/28/99 [DLD] |
| 06/28/1999 | ORDER GRANTS the Motion of the United States to correct two scrivener's errors and to redact Count 1, Overt Act No. 2, from the superseding indictment. (SO) cm LJM eod 06/28/99 [DLD] |
| 06/28/1999 | ORDER that the DEFTS' request that the Government furish a schedule of each day's expected witnesses is MOOT. The Government has indictated that it will file a complete list of those witnesses the morning of trial and will call the witnesses in the order they appear on that list and will notify defts' counsel if that should change. cm LJM eod 06/28/99 [DLD] |
| 06/28/1999 | NOTICE to the Court regarding pending matters. cs PLTF eod 06/28/99 [DLD] |
| 06/30/1999 | ORDER - GRANTS Govt's motion pursuant to F.R.C.P. 404(b) to introduce evidence of uncharged cocaine transactions. cm/LJM eod 06/30/99 [SJD] |
| 06/30/1999 | ORDER on Personnel Records of Law Enforcement Witnesses cm/LJM eod 06/30/99 [SJD] |
| 07/02/1999 | ORDER that the Court, having considered the request of the DEFTS for increasing the number of peremptory challenges, now GRANTS the motion and increases the number of peremptory challenges from 10 to 20. cm LJM eod 07/02/99 [DLD] |

| | |
|---|---|
| 07/06/1999 | STIPULATIONS REGARDING VARIOUS GOVERNMENT'S EXHIBITS. cs PLTF eod 07/06/99 [DLD] |
| 07/06/1999 | STIPULATION - EXHIBIT NOS. 223, 224, 225, 234, 242, 245 AND 258. cs PLTF eod 07/06/99 [DLD] |
| 07/06/1999 | ORDER ON VARIOUS MOTIONS - Deft Gray's renewed motion to sever is DENIED; Deft Gray's Motion in Limine re: Terrance Pierce is OVERRULED; Deft Gray's Motion for additional recess is DENIED, the court does ORDER the govt to certify that no further Giglio, Brady or Kyles materials exists and further orders that the govt has a continuing duty to disclose such materials as it is discovered; Deft Gray's Motion in Limine re: plea agreements and statements is PARTIALLY GRANTED, any reference to polygraphs shall be redacted, the motion is OVERRULED in all other respects; deft Gray's Request for preliminary jury instructions is OVERRULED, Gray's proposed instruction will be given at the close of the case. Deft Spradley's Motion for continuance is OVERRULED; deft Spradley's Motion to strike aliases and references to "the baha/baja boyz" is PARTIALLY GRANTED; deft Spradley's Motion in limine to limit the court from referencing the cocaine subject of the alleged conspiracy as "crack" or "crack cocaine" eod 07/07/99 [PLM] |
| 07/06/1999 | ORDER (CONTINUATION) is GRANTED; the remaining portions of the Motion in Limine are OVERRULED. Deft Gray's Motion in limine or for redacton of improper material on exhibits IS TAKEN UNDER ADVISEMENT until such time as an attempt to introduce the written statement is made. LJM c/m eod 07/07/99 [PLM] |
| 07/07/1999 | VOIR DIRE QUESTIONS. cs PLTF eod 07/08/99 [DLD] |
| 07/07/1999 | ENTRY OVERRULES - In open court, DEFT William Grays moves orally to strike the jury panel in its entirety because of racial imbalance of the panel and the comment of a black juror that he knew DEFT (Spradley) and that it was in his (the juror's) best interest not to be on the jury. eod 07/08/99 [DLD] |
| 07/07/1999 | ENTRY - Counsel raised their objection to the Court that they are unaware of who was on the original jury panel and who was stricken and why they were stricken prior to the commencement of the trial. The Court, noting that similar motion was on file, relates that some of the original members of the panel had been striken prior to commencement of the jury trial for hardship reasons, vacation reasons and illness. eod 07/08/99 [DLD] |
| 07/07/1999 | ENTRY - the DEFT Gray's objection to the presence of U.S. Marshals in the Courtroom is OVERRULED. eod 07/08/99 [DLD] |
| 07/07/1999 | ENTRY - DEFTS (Willie Boddie and Mark White) orally renew the motion to sever. Motion is DENIED for the same reasons entered by the Court previously. cm LJM eod 07/08/99 [DLD] |
| 07/07/1999 | TRIAL COMMENCES - Trial by Jury begins. Court adjourns to resume 07/08/99. eod 07/08/99 [DLD] |

07/08/1999        COURTROOM MINUTES - Jury Trial continues. Court adjourns to resume 07/12/99 at 9:00 a.m. eod 07/08/99 [DLD]

07/08/1999        ENTRY and ORDER. DEFT Dennie Jones' oral motion for a mis-trial, or in the alternative, for additional strikes, is joined by all defts. Motion is DENIED by the Court for the reasons stated on the record. cm LJM eod 07/08/99 [DLD]

07/08/1999        RESPONSE in opposition to deft Brown's Motion in Limine RE: 1.4166 grams of crack cocaine. c/s USA eod 07/08/99 [PLM]

07/09/1999        MOTION IN LIMINE c/s DEFT, ANTHONY THOMPSON eod 07/09/99 [PLM]

07/09/1999        ORDER GRANTS Motion to Admit Out-Of-Court Statements. (SO) cm LJM eod 07/10/99 [DLD]

07/12/1999        Submission of Additional out of Court Statements made by an unavailable witness pursuant to Federa Rule of Evidence 804(b)(6). cs PLTF eod 07/12/99 [DLD]

07/12/1999        ENTRY - The Court hears argument on DEFTS (Anthony Spradley and Darren Browns') Motion to Suppress. The motion is taken under advisement by the Court. eod 07/13/99 [DLD]

07/12/1999        ENTRY - Argument heard on Stephanie Johnson's Motion in Limine regarding evidence seized at the residence at 2389 North Tibbs on 02/24/94. Motion is OVERRULED for reasons set forth on the open record. eod 07/13/99 [DLD]

07/12/1999        ENTRY - Argument heard on Ellis Walker's Motion in Limine regarding a prior conviction of DEFT Walker and items seized during the execution of a search warrant at 4345 North Winthrop Avenue on Feb. 9, 1993. Government advises the Court that it does not intend to introduce as evidence the prior conviction and sentence of DEFT Walker. Motion is OVERRULED as to the items seized for reasons set forth on the open record. eod 07/13/99 [DLD]

07/12/1999        ENTRY - Argument heard on Anthony Thompson's Motion in Limine regarding items seized during the execution of a search warrant at the residence at 4339 North Crittendon Avenue on April 15, 1997, and items seized during the execution of a search warrant at residence 5119 North Norwaldo Avenue on January 10, 1997. Motion is joined by Thomas Alexander. Motion is OVERRULED for reasons set forth on the open record. eod 07/13/99 [DLD]

07/12/1999        ENTRY - Arugment is heard on Darren Brown's Motion in Limine regarding items seized during a 01/28/93, traffic stop. Motion is taken under advisement. eod 07/13/99 [DLD]

07/12/1999        ENTRY - Argument heard on Darren Brown's Motion in Limine regarding items seized at the Dollar Inn, Lafayette Road., on September 28, 1994. Motion is OVERRULED for reasons set fourth on the open record. eod 07/13/99 [DLD]

07/12/1999        ENTRY - Anthony Spradley's motion in limine regarding Knoebel Homicide and Motion in Limine regarding prior arrests of DEFT Spradley are GRANTED. eod 07/13/99 [DLD]

07/12/1999        ENTRY - DEFT William Gray orally moves for an in-camera review of statements of involvement and financial information contained in pre-sentence reports completed on Government witnesses Terrence Pierce, William Coby, Coy Elliott, James Douglas, Jandelyn Gates and Robert Johnson. The Court GRANTS the motion to the extent of the pre-sentence reports that exist at this time. cm LJM eod 07/13/99 [DLD]

07/12/1999        COURTROOM MINUTES - Continuance of Jury Trial. Opening Statements by PLTF & DEFTS. Court adjourns to resume 07/13/99 at 9:00 a.m. eod 07/13/99 [DLD]

07/13/1999        MOTION for Curative Instructions. cs PLTF eod 07/14/99 [DLD]

07/13/1999        COURTROOM MINUTES - Continuance of Jury Trial. Pltfs cont. w/evidence. Court adjourns to resume 07/14/99 at 9:00 a.m. eod 07/14/99 [DLD]

07/14/1999        ORDER DENIES the DEFTS (Spradley and Brown) Motion to Suppress and the Motion in Limine to exclude, including currency and statements allegedly made by the DEFTS, obtained by law enforcement officers during and after a search of the DEFTS' bag on July 20, 1992 at the Syracuse, New York, airport. cm LJM eod 07/14/99 [DLD]

07/14/1999        COURTROOM MINUTES - Cont. of jury trial. Pltf. cont. w/evidence. Court adjourns to resume 07/15/99 at 9:00 a.m. eod 07/15/99 [DLD]

07/14/1999        ORDER - effective this date, IT IS HEREBY ORDERED that the United States District Court reimburse the 12 jurors and 4 alternates in this case, parking fees in the amount of $2.00 per day. LJM eod 07/15/99 [DLD]

07/14/1999        MOTION for In Camera Inspection of Department of Corrections Records of Robert Johnson. cs PLTF eod 07/15/99 [DLD]

07/13/1999        ENTRY - DEFTS (Anthony Spradley and Darren Brown's) Motion to Suppress, considered to also be a motion in limine is OVERRULED. eod 07/15/99 [DLD]

07/13/1999        ENTRY - DEFT (Thomas Alexander's) Motion in Limine regarding a prior conviction of DEFT Alexander is OVERRULED by the Court for the same reasons set forth in regard to DEFT Darren Brown's motion in limine. eod 07/15/99 [DLD]

| 07/13/1999 | ENTRY - the Court OVERRULES Darren Brown's Motion in Limine, previously taken under advisement, regarding items seized during January 28, 1993, traffic stop for reasons set forth on the open record. eod 07/15/99 [DLD] |
| --- | --- |
| 07/13/1999 | ENTRY - Government's oral motion to separate witness is GRANTED. eod 07/15/99 [DLD] |
| 07/13/1999 | ENTRY - the Government's motion in limine filed previously with the Court regarding this shooting of Government witness Robert Johnson is OVERRULED for reasons set forth on the open record. eod 07/15/99 [DLD] |
| 07/13/1999 | ENTRY - Deft William Gray's request to call a rebuttal witness regarding the shooting of Steven Eldridge is GRANTED. eod 07/15/99 [DLD] |
| 07/13/1999 | ENTRY - the Court orders counsel for Government to obtain from Pendleton any existing records at that institution that reference an attempt at suicide by Robert Johnson. cm LJM eod 07/15/99 [DLD] |
| 07/14/1999 | ENTRY - Deft Dennis Jones moves orally to strike the entire testimony given by Witness William Coby on direct examination and renews his Motion to Sever. Both motions are OVERRULED by the Court. eod 07/15/99 [DLD] |
| 07/14/1999 | ENTRY - Court DENIES, as to Robert Johnson, Willie Boddie's motion to disclosure of pre-sentence investigation reports of Government's witnesses for reasons set forth on the open record. cm LJM eod 07/15/99 [DLD] |
| 07/15/1999 | COURTROOM MINUTES - Cont. of Jury Trial. Pltf cont. w/evidence. Court Adjourns to resume on 07/19/99. eod 07/16/99 [DLD] |
| 07/14/1999 | ORDER - The Indiana Dept. of Corrections shall provide this Court at the earliest possible time, IN CAMERA, any and all records, including medical records, or copies thereof, pertaining to Robert Johnson, 07/23/65, and inmate between 1989 and 1993. cm LJM eod 07/16/99 [DLD] |
| 07/15/1999 | ENTRY - IN OPEN COURT: DENIES Deft Wm. J. Gray's Request for Cautionary Jury Instruction to be given weekly and states that said instruction will be given at the end of the presentation of evidence. eod 07/16/99 [SJD] |
| 07/15/1999 | ENTRY - IN OPEN COURT: GRANTS Govt's Motion for Curative Instruction and gives the Curative Instruction requested by the Govt to the jury. cm/LJM eod 07/16/99 [SJD] |
| 07/19/1999 | COURTROOM MINUTES - Cont. of Jury Trial. Pltf cont. with evidence. Court adjourns to resume 07/20/99 at 9:00 a.m. eod 07/20/99 [DLD] |

07/20/1999      COURTROOM MINUTES - Cont. of Jury Trial. Pltf cont. w/evidence. Court adjourns to resume 07/21/99 at 9:00 a.m. eod 07/21/99 [DLD]

07/20/1999      ENTRY - Deft's Gray's oral Motion in Limine regarding the testimony of Jessie Green and Renew Motion to Sever are OVERRULED by the Court for the reasons set forth on the open record. eod 07/22/99 [DLD]

07/20/1999      ENTRY - Deft Darren Brown orally renews the Motion in Limine regarding the testimony of Matthew Reidenback and moves to strike Officer Reidenback's testimony given this date. Motions remain pending before the Court. cm LJM eod 07/22/99 [DLD]

07/21/1999      COURTROOM MINUTES - Cont. of Jury Trial. Pltf cont. w/evidence. Court Adjourns to resumet 07/22/99 at 9:00 a.m. eod 07/22/99 [DLD]

07/22/1999      COURTROOM MINUTES - Cont. of Jury Trial. Pltft cont. w/evidence. Court Adjourns to Resume. 07/26/99 at 12:30 p.m. eod 07/23/99 [DLD]

07/22/1999      ENTRY IN OPEN COURT: DENIES Deft Boddie's Motion for Disclosure of Pre-Sentence Repts. of Govt Witnesses as to witnesses Coby and Douglas eod 07/26/99 [SJD]

07/22/1999      ENTRY - DENIES Deft Anthony Thompson's renewed Motion in Limine regarding items seized from 4339 Crittenden eod 07/26/99 [SJD]

07/22/1999      ENTRY - OVERRULES oral motion of Deft William Gray to strike all testimony pertaining to 4339 Crittenden eod 07/26/99 [SJD]

07/22/1999      ENTRY - OVERRULES oral motion of Deft Anthony Spradley to exclude testimony of Govt Witness Jessie Green eod 07/26/99 [SJD]

07/22/1999      ENTRY - GIVES cautionary instruction in conjunction with evidence of marijuana heard in testimony this date cm/LJM eod 07/26/99 [SJD]

07/26/1999      COURTROOM MINUTES - Jury Trial Continues. Pltf continues to present evidence. Court adjorns to resume 7/27/99 at 9:00 am. LJM eod 07/27/99 [MAC]

07/27/1999      COURTROOM MINUTES - Jury Trial Continues. Pltf continues to present evidence. Court adjorns to resume 7/28/99 at 9:00 am. LJM eod 07/28/99 [MAC]

07/28/1999      MOTION for Warrant for Material Witness c/s - PLTF USA eod 07/28/99 [MAC]

07/28/1999      ORDER GRANTS Govts Motion for Warrant for Material Witness. Court directs that a warrant be issued for the appearance of Elise Forrest. cm LJM eod 07/28/99 [MAC]

| | |
|---|---|
| 07/28/1999 | WARRANT ISSUED for Elise Forest for failure to honor subpoena LAB eod 07/28/99 [MAC] |
| 07/28/1999 | COURTROOM MINUTES - Jury Trial Continues. Pltf continues to present evidence. Court adjourns to resume 7/29/99 at 9:00 am. LJM eod 07/29/99 [MAC] |
| 07/28/1999 | ENTRY ASSIGNS HEARING to 07/30/99 at 01:30PM Room 202 (LJM) c/m (Hearing on Pending Motions) eod 07/29/99 [MAC] |
| 07/28/1999 | ENTRY from Hearing on a Warrant for Arrest of Material Witness. Elise Forest appeared in person and with FCD Jim McKinely. Winfield Ong appeared for the govt and Thomas Parker for USPO. Hearing held and Ms. Forest was released and ordered to appear before the Honorable Larry J. McKinney at 9:00 am. on July 29, 1999. (Conditions of Release attached) cm KPF eod 07/29/99 [MAC] |
| 07/27/1999 | ENTRY IN OPEN COURT: DENIES Deft Willie Boddie's Motion for Disclosure of Pre-Sentence Reports of Govt Witnesses as to witness Jandelyn Gates eod 07/29/99 [SJD] |
| 07/27/1999 | ENTRY - OVERRULES Deft Mark White's oral motion to exclude testimony of Govt witness Alfred Edmonson relating to two shooting incidents involving Mario Jackson and Steven Eldridge and to strike from the Indictment allegations of those overt acts. cm/LJM eod 07/29/99 [SJD] |
| 07/28/1999 | ENTRY IN OPEN COURT: OVERRULES Deft William Gray's oral motion to strike the testimony of Govt witness Alfred Edmondson concerning the purported kidnapping of "YZ" eod 07/29/99 [SJD] |
| 07/28/1999 | ENTRY - OVERRULES Deft William Gray's oral motion for a cautionary instruction regarding Alfred Edmondson's admission of overt acts. eod 07/29/99 [SJD] |
| 07/28/1999 | ENTRY - DENIES disclosure of Agent Neukum's notes of a 10/5/98 interview with Alfred Edmondson eod 07/29/99 [SJD] |
| 07/28/1999 | ENTRY - GRANTS Deft Spradley's request that Agent Neukum's 10/5/98 notes be placed under seal and included in the file cm/LJM eod 07/29/99 [SJD] |
| 07/29/1999 | COURTROOM MINUTES - Jury Trial Continues. Pltf Continues to present Evidence. Court adjourns to resume 8/2/99 at 9:00 am. LJM eod 07/30/99 [MAC] |
| 07/30/1999 | MOTION IN LIMINE cs PLTF eod 08/02/99 [DLD] |
| 07/30/1999 | ENTRY - hearing is held with Government counsel and defense counsel represented by agreement by Mark Inman, William Dazey, Linda Wagoner and James McAbee on the issues of disclosure of law enforcement officers' notes. eod 08/02/99 [DLD] |

07/30/1999      ENTRY - Argument is heard by the Court on the question of the existence of additional Kel tapes and notes resulting from interviews held between July 5, 1997 and October 25, 1997 by officers of the Metropolitan Homicide Response Team with Keith Cork, William Cox, Robert Johnson and Dwayne Gibson. eod 08/02/99 [DLD]

07/30/1999      ENTRY - Court directs the Government to provide certain information to the Court (See Order) eod 08/02/99 [DLD]

07/30/1999      ENTRY - Counsel James McAbee, on behalf of DEFT (Dennis Jones) moves orally to strike the portion of Officer Monica Smiley's testimony regarding a statement of DEFT (Stephanie Johnson) that referenced DEFT Jones. Court takes the motion under advisement. eod 08/02/99 [DLD]

07/30/1999      ENTRY - Counsel William Dazey, on behalf of DEFT (Mark White), moves orally to strike the testimony of Alfred Edmondson concerning the purported kidnapping of "YZ". The motion is OVERRULED on the record for the same reasons DEFT William Gray's Motion to Strike this testimony was denied. cm LJM eod 08/02/99 [DLD]

08/02/1999      ORDER to Seal. It is now ordered that the Government's Submission, In Camera, of notes taken by Law Enforcement Agents at 10/25/97 meeting, filed with the Court this date, be placed UNDER SEAL. cm LJM eod 08/09/99 [DLD]

08/02/1999      AFFIDAVIT of Christopher Hefner. eod 08/02/99 [DLD]

08/02/1999      AFFIDAVIT of John T. Jones. eod 08/02/99 [DLD]

08/02/1999      Government's Witness List for August 2, 1999. cs PLTF eod 08/02/99 [DLD]

08/02/1999      MOTION IN LIMINE cs PLTF eod 08/02/99 [DLD]

08/02/1999      COURTROOM MINUTES - cont. of jury trial. PLTF cont. with evidence. Court adjourns to resume 08/03/99 at 9:00 a.m. eod 08/03/99 [DLD]

08/02/1999      MOTION for Warrant for material witness. cs PLTF eod 08/03/99 [DLD]

08/02/1999      ORDER that a warrant be issued for the appearance of Maurice Rowe in the trial of this matter. cm LJM eod 08/03/99 [DLD]

08/03/1999      STIPULATION government exhibits 274 A, B, D, E, F, G and H. cs PLTF eod 08/03/99 [DLD]

08/03/1999      COURTROOM MINUTES - Cont. of Jury Trial. Pltf cont. with evidence. Court adjourns to resume 8/4/99 at 9:00 a.m. eod 08/04/99 [DLD]

08/04/1999        DISCLOSURE OF WITNESS ASSISTANCE. cs PLTF eod 08/04/99 [DLD]

08/03/1999        ENTRY IN OPEN COURT: DEFT Mark White moves orally for a Motion in Limine to exclude certain testimony of Government witness Keith Cork considered by DEFT White to be 404(b) material. The testimeny in question relates to: 1) the shooting of Steven Eldrige, 2) the purported kidnapping of "YZ", 3) the shooting of Mario Jackson residence, and 4) the allegation of a shooting incident and pay-off. Motion is OVERRULED by the Court. eod 08/05/99 [DLD]

08/03/1999        ENTRY - DEFT Anthony Spradley orally moves to strike Government's last question and the answer given by Keith Cork in his testimony this date. Motion is GRANTED. eod 08/05/99 [DLD]

08/03/1999        ENTRY - Court DENIES disclosure of Raymond Story's pre-sentence investigative report for the reasons stated on the open record. eod 08/05/99 [DLD]

08/03/1999        ENTRY - the Court finds that the 2 1/2 pages of written notes of Agent Neukam contain no Brady or Jenks material and DENIES disclosure of said notes. eod 08/05/99 [DLD]

08/03/1999        ENTRY OVERRULES DEFT Gray's Motion to Reconsider matters pertaining to Cork's and Cox's reputation for peacefulness. eod 08/05/99 [DLD]

08/03/1999        ENTRY - DEFT Gray's Motion to Reconsider Admission of "Statements" of Marcus Willis is OVERRULED. cm LJM eod 08/05/99 [DLD]

08/04/1999        COURTROOM MINUTES - Cont. of Jury Trial. PLTF cont. with evidence. Court adjourns to resume 08/05/99. eod 08/05/99 [DLD]

08/04/1999        ENTRY IN OPEN COURT: The Court DENIES production of Officer Schmidt's notes of the 10/25/97, interview with Keith Cork for the reasons stated on the open record. cm LJM eod 08/05/99 [DLD]

08/05/1999        COURTROOM MINUTES - Cont. of Jury Trial. PLTF cont. with evidence. Court Adjourns to resume 08/09/99. eod 08/06/99 [DLD]

08/09/1999        MOTION for Warrant for Material Witness. cs PLTF eod 08/09/99 [DLD]

08/09/1999        ORDER grants the Motion for a Warrant on Darryl Rudich. cm LJM eod 08/09/99 [DLD]

08/09/1999        COURTROOM MINUTES - Cont. of Jury Trial. PLTF conts. with evidence. Court Adjourns to resume 08/10/99 at 9:00 a.m. eod 08/10/99 [DLD]

08/09/1999     ENTRY - IN OPEN COURT: Defendant Darren Brown orally moves for a Motion in Limine excluding the testimony of two Government witnesses regarding the purported kidnapping of Anthony Hill, a.k.a. AZ, and drug transaction involving Mr. Hill. Motion joined by DEFTS Gray, Spradley and White. In the event that the Court denies their motion, DEFTS move the Court for a recess of this trial for a period of 10 days in order to prepare their cross-examination. Deft Gray requests a limiting instruction to the jury should the Court deny the motion. eod 08/10/99 [DLD]

08/09/1999     ENTRY - Court permits testimony of witness Allison Hill this date, DENIES defts' request for a recess of ten days, and rules that the testimony of witness Harold Swindell be delayed until Thursday, August 12, 1999. eod 08/10/99 [DLD]

08/09/1999     ENTRY - DEFT Gray renews his Motion to Sever. Motion is OVERRULED by Court. cm LJM eod 08/10/99 [DLD]

08/10/1999     COURTROOM MINUTES - Cont. of Jury Trial. PLTF cont. with evidence. Court adjourns to resume 08/11/99 at 9:00 a.m. eod 08/11/99 [DLD]

08/10/1999     ENTRY in OPEN COURT: DEFT Mark White moves orally for a motion in limine to exclude the testimony of Witness William Cox as to a drive-by shooting by unknown assailants in early 1998. Deft William Gray joins in the motion and renews his Motion to Sever. The Motion in Limine is DENIED by the Court. Court now OVERRULES DEFT Gray's renewed Motion to Sever. cm LJM eod 08/11/99 [DLD]

08/11/1999     COURTROOM MINUTES - Jury Trial Continues. Pltf presents Evidence. Court adjourns to resume 8/12/99 at 9:00 am. LJM eod 08/12/99 [MAC]

08/11/1999     ENTRY - IN OPEN COURT: GRANTS Govt's oral motion to withdraw warrants for arrest of witnesses Maurice Rowe and Darryl Rudich eod 08/13/99 [SJD]

08/11/1999     ENTRY - IN OPEN COURT: Govt orally moves for a motion in limine to exclude any defense evidence that has not been provided in reciprocal discovery. MOTION TAKEN UNDER ADVISEMENT eod 08/13/99 [SJD]

08/11/1999     ENTRY - IN OPEN COURT: OVERRULES deft Willie Boddie's oral motion for a cautionary instruction at the conclusion of witness William Cox's testimony eod 08/13/99 [SJD]

08/11/1999     ENTRY - IN OPEN COURT: OVERRULES deft Willie Boddie's oral renewal of his Motion to Sever eod 08/13/99 [SJD]

08/11/1999     ENTRY - IN OPEN COURT: DENIES disclosure of William Cox's pre-sentence report for reasons stated on the record eod 08/13/99 [SJD]

| | |
|---|---|
| 08/11/1999 | ENTRY - IN OPEN COURT: OVERRULES deft Darren Brown's motion in limine regarding certain IRS documents cm/LJM eod 08/13/99 [SJD] |
| 08/12/1999 | COURTROOM MINUTES - Continuance of jury trial. Pltf continues with evidence. Court adjourns to resume 8/16/99 at 9:00 a.m. eod 08/13/99 [SJD] |
| 08/12/1999 | ENTRY - IN OPEN COURT: OVERRULES deft Dennis Jones' oral motion to strike certain testimony of Officer Monica Smiley eod 08/13/99 [SJD] |
| 08/12/1999 | ENTRY - IN OPEN COURT: GRANTS IN PART and DENIES IN PART deft Darren Brown's oral motion in limine to exclude the entire proposed testimony of Govt witness Harold Swindell eod 08/13/99 [SJD] |
| 08/12/1999 | ENTRY -IN OPEN COURT: OVERRULES deft Thomas Alexander's renewed motion to sever eod 08/13/99 [SJD] |
| 08/12/1999 | ENTRY - IN OPEN COURT: OVERRULES deft Mark White's renewed motion in limine to exclude all testimony regarding the purported kidnapping of Anthony Hill, a/k/a "YZ" cm/LJM eod 08/13/99 [SJD] |
| 08/12/1999 | ORDER - REMOVES the ex parte submission to the Court of Defts' Preliminary Witness List and directs distribution of said list to Govt counsel cm/LJM eod 08/13/99 [SJD] |
| 08/09/1999 | ENTRY IN OPEN COURT: GRANTS Govt's Motion in Limine regarding testimony of Witness Terry C. Brown cm/LJM eod 08/16/99 [SJD] |
| 08/12/1999 | ENTRY - IN OPEN COURT: DENIES Deft Dennis Jones' Motion to Strike Certain Portions of June 30, 1997 Statement and Memorandum cm/LJM eod 08/16/99 [SJD] |
| 08/16/1999 | ORDER - OVERRULES Deft Ellis Walker's Motion for Mistrial, or to Strike Testimony of Dewayne Gibson and to Give Curative Instruction, and Renewed Motion for Severance cm/LJM eod 08/16/99 [SJD] |
| 08/16/1999 | COURTROOM MINUTES - Jury Trial Continues. Pltf continues evidence. Court adjourns to resume 8/17/99 at 9:00 a.m. eod 08/17/99 [SJD] |
| 08/17/1999 | STIPULATION of Govt Exhibits 257, 236 A,B,C and 237 A,C,D,F,G eod 08/17/99 [SJD] |
| 08/17/1999 | STIPULATION of Govt Exhibits 442 A and 442 B eod 08/18/99 [SJD] |
| 08/17/1999 | COURTROOM MINUTES - Jury Trial Continues. Govt continues evidence. Court adjourns to resume 8/18/99 at 9:00 a.m. eod 08/18/99 [SJD] |

08/18/1999      COURTROOM MINUTES - Jury Trial Continues. Govt continues evidence. Court adjourns to resume 8/19/99 at 9:00 a.m. eod 08/19/99 [SJD]

08/19/1999      JURY INSTRUCTIONS -tendered c/s USA eod 08/19/99 [CBU]

08/18/1999      STIPULATION of Govt Exhibits 223, 224, 225, 234, 242, 245 and 258 eod 08/20/99 [SJD]

08/19/1999      COURTROOM MINUTES - Jury Trial Continues. Govt continues evidence. Court adjourns to resume 8/23/99 at 9:00 a.m. eod 08/20/99 [SJD]

08/23/1999      MOTION to Prohibit Expert Witness and Motion for Limine. cs PLTF eod 08/23/99 [DLD]

08/23/1999      COURTROOM MINUTES Jury Trial Continues. Plaintiff continues evidence and rests. Court adjourns to resume 8/24/99 at 9:00 a.m. eod 08/24/99 [SJD]

08/24/1999      COURTROOM MINUTES - Jury Trial Continues. Defts begin evidence. Court adjourns to resume 8/25/99 at 9:00 a.m. eod 08/25/99 [SJD]

08/24/1999      ENTRY - IN OPEN COURT: OVERRULES Defts' motions for acquittal with exception of Deft Spradley's motion for acquittal as to Counts 2, 3, & 4 which is taken under advisement. eod 08/25/99 [SJD]

08/24/1999      ENTRY - IN OPEN COURT: OVERRULES defendants' renewed motions to strike and to sever. eod 08/25/99 [SJD]

08/24/1999      ENTRY - IN OPEN COURT: GRANTS Govt's oral motion in limine regarding the taped conversation between Sgt. Benjamin and Anthony Spradley. cm/LJM eod 08/25/99 [SJD]

08/25/1999      COURTROOM MINUTES - Jury Trial Continues. Defendants continue evidence. Court adjourns to resume 8/26/99 at 9:00 a.m. eod 08/26/99 [SJD]

08/26/1999      COURTROOM MINUTES - Jury Trial Continues. Defendants continue evidence and rest. Court adjourns to resume 8/30/99 at 9:00 a.m. eod 08/27/99 [SJD]

08/25/1999      ENTRY - IN OPEN COURT: OVERRULES oral motion of Deft Thomas Alexander to strike tapes presented into evidence by Deft Mark White. cm/LJM eod 08/31/99 [SJD]

08/26/1999      ENTRY - IN OPEN COURT: GRANTS Deft Anthony Spradley's oral motion to strike a certain question of the Govt during the testimony of Ernest Terry. cm/LJM eod 08/31/99 [SJD]

08/30/1999      COURTROOM MINUTES - Jury Trial Continues. Final Arguments begun. Court adjourns to resume 8/31/99 at 9:00 a.m. eod 08/31/99 [SJD]

08/30/1999      ORDER - DENIES Deft Stephanie Johnson's oral motion for judgment of acquittal on Counts 8, 9, 16 and 17. eod 08/31/99 [SJD]

08/30/1999      ORDER - DENIES Deft Ellis Walker's 8/24/99 renewed motion for severance and/or for mistrial. eod 08/31/99 [SJD]

08/30/1999      ORDER - DEEMS MOOT Govt's Motion to Prohibit Expert Witness and Motion in Limine filed on 8/23/99. cm/LJM eod 08/31/99 [SJD]

08/30/1999      ORDER - OVERRULES Renewed Oral Motions under Rule 29, Motions to Sever, and Motions to Strike. cm/LJM eod 08/31/99 [SJD]

08/31/1999      COURTROOM MINUTES - Jury Trial Continues. Final Arguments conclude. Bailiffs are sworn. Jury begins deliberations at 9:00 p.m. Court adjourns to resume 9/1/99 at 8:00 a.m. eod 09/02/99 [SJD]

09/01/1999      COURTROOM MINUTES - Jury continues their deliberation and recesses to resume deliberation on 9/2/99 at 8:00 a.m. eod 09/03/99 [SJD]

09/02/1999      COURTROOM MINUTES - Jury continues their deliberation and recesses to resume deliberation on 9/3/99 at 8:00 a.m. eod 09/03/99 [SJD]

08/31/1999      ORDER - that the members of the jury be sequestered and continued under the care and control of the United States Marshal until discharged. The U.S. Marshal is directed to provide appropriate lodging accomodations for the members of the jury as well as meals and transportation that are to be provided at the expense of the U.S. District Court. cm/LJM eod 09/03/99 [SJD]

09/03/1999      COURTROOM MINUTES - Jury cont. their deliberation and recesses to resume deliberation on 09/04/99 at 8:00 a.m. eod 09/08/99 [DLD]

09/04/1999      COURTROOM MINUTES - Jury Return with Verdicts. Jury Discharged. Court adjourn. eod 09/08/99 [DLD]

09/04/1999      COURTROOM MINUTES - Jury cont. their deliberation. Jury returns with their verdicts. Verdicts are read by the Court. Jurors are pulled and discharged. Court is adjourned. eod 09/08/99 [DLD]

09/04/1999      VERDICT - guilty verdict: Count 1 (See Verdict Form) eod 09/08/99 [DLD]

09/09/1999        MOTION for Judgment of Acquittal. cs DEFT eod 09/09/99 [DLD]

09/14/1999        ENTRY ASSIGNS SENTENCING DATE to 11/16/99 at 08:30AM Room 202 (LJM) c/m eod 09/14/99 [DLD]

10/21/1999        ENTRY ASSIGNS CONF to 11/05/99 at 11:00AM Room 204 (LJM) c/m (Atty conf to discuss sentencing issues) eod 10/21/99 [SJD]

10/22/1999        ORDER OVERRULES the Renew Motion for Judgment of Acquittal. Evidence presented in this trial is sufficient to sustain a conviction. cm LJM eod 10/22/99 [DLD]

11/16/1999        SENTENCING HELD J & C forthcoming. eod 11/16/99 [DLD]

11/16/1999        JUDGMENT ENTERED COUNT/FINDING: 21 USC 846 conspiracy to distrubite more tha 5 kilograms of cocaine IMPRISONMENT: 210 SUPERVISED RELEASE: 5 years Standard & Special conditions of Supervision - See Judgment ASSESSMENT: 100.00 FINE: 3000.00 cm LJM OBV 33 PG 192 eod 11/18/99 [DLD]

11/23/1999        NOTICE OF APPEAL from Judgment and Conviction entered 11/16/99 c/s DEFT/APPELLANT eod 11/23/99 [GRN]

11/23/1999        APPEAL FEES NOT PAID - CJA APPOINTMENT eod 11/23/99 [GRN]

11/23/1999        SHORT RECORD SENT TO CA w Notice, Info Sheet & Docket Sheet Designation of record letter sent to parties. eod 11/23/99 [GRN]

11/30/1999        USM RETURN eod 11/30/99 [DLD]

12/01/1999        ACK FROM CA SHORT RECORD received & assigned CA # 99-4019 eod 12/01/99 [GRN]

12/10/1999        SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET {Sentencing Transcript of 11/16/99} DEFT/APPELLANT eod 12/10/99 [GRN]

12/10/1999        DESIGNATION OF RECORD c/s DEFT/APPELLANT eod 12/10/99 [GRN]

12/21/1999        CJA VOUCHER # 99122000013 authorization and voucher for payment of transcript. eod 12/23/99 [DLD]

03/08/2000        ORDER that this cause comes before the Court on the Court's own motion. The Court is having a new transcript prepared to incorporate one complete trial transcript. The following transcripts are now STRICKEN from the record. They are as follows: Document No. # 265,

#266, #267, # 290, #291, #292, # 293, # 294, # 295, # 296, # 297, # 298, # 299, #300, #301, # 314, #315 and #320. cm LJM eod 03/08/00 [DLD]

03/09/2000 NOTICE - The above transcripts are docketed on IP 98-38-CR-01-M/F ONLY. eod 03/09/00 [DLD]

03/17/2000 Clerk's MEMORANDUM re All ORIGINAL TRIAL TRANSCRIPTS [Vols 1 - 31]. They are lodged and docketed into Criminal Defendant IP98-038-CR-01-M/F ONLY. eod 03/17/00 [GRN]

12/21/1999 TRANSCRIPT of Disposition Proceedings Held 11/16/99, before Hon. Larry J. McKinney. eod 03/17/00 [GRN]

03/22/2000 MOTION to Withdraw Exhibit No. 18. cs PLTF eod 03/22/00 [DLD]

03/23/2000 ORDER grants the motion to withdraw exhibit no. 18. cm LJM eod 03/23/00 [DLD]

06/07/2000 MOTION to Settle the Record [on appeal] re: joinder of co-defendants' oral/written motion(s) and objection(s) c/s DEFTS/APPELLANTS eod 06/12/00 [GRN]

06/16/2000 GOVERNMENT's RESPONSE to DEFT's "Motion to Settle the Record" c/s USA eod 06/16/00 [GRN]

07/14/2000 ENTRY certifies the following supplemental matters to the Record on appeal, pursuant to FRAP 10(e): 1)Both oral & written Motions made on behalf of one named defendant were deemed to be made on behalf of all defendants unless the Record reflects that a defendant opted out of the motion : and 2)Objections made on behalf of one named defendant were deemed to be made on behalf of all defendants unless the Record reflects that a defendant opted out of the objection. {S.E.} c/m LJM eod 07/24/00 [GRN]

08/10/2000 CJA VOUCHER # 0392255 (dated 10/13/99). eod 08/10/00 [KJM]

08/10/2000 CJA VOUCHER # - for payment to Glen Cunningham for transcript (dated 12/21/99). eod 08/10/00 [KJM]

07/31/2000 CJA VOUCHER # (No Number) paid in the amount of $1,074.00 eod 09/13/00 [DLD]

05/21/2001 LONG RECORD SENT TO CA consisting of 22 vol pleadings: {4 vols = Deft #1, all others; 3 vols}, 1 vol * Supplemental Pleadings: {= Obj/mots of Non-appealing Co-Defts}, 41 vols Transcirpts {32 shared}, 14 In Camera Envelopes {2 per DEFT}, and 1 Envelope Exhibits from detention hearing of 7/24/98 [re: DEFT #1 only]. Note: Upon instruction from Clerk's Office of 7th Circuit, the remaining exhibits would be forwarded to 7th Circuit based on any ad-hoc request(s), as a supplemental record. eod 05/21/01 [GRN]

| 05/02/2002 | MANDATE RECEIVED FROM CA. The District Court's imposition of a life sentence to Jones based on the application of the First-Degree Murder Guideline is VACATED. We AFFIRM each of the defendants' convictions and REMAND for the resentencing of defendants Jones and White. All in accordance with the decision of the C/A entered April 9, 2002. Received certified copy of opinion and judgment. Records returned consisting of 22 vols pleadings, 1 vol loose pleadings, 41 vols transcripts, 1 envelope exhibits and 6 In Camera Envelopes. eod 05/02/02 [GRN] |
|---|---|
| 01/06/2004 | RECEIPT FOR EXHIBITS - Trial Exhibits returned to DEA eod 01/15/04 [KJM] |
| 05/02/2008 | MOTION TO REDUCE SENTENCE RE CRACK COCAINE OFFENSE - 18:3582 eod 07/02/08 [PG] |
| 07/01/2008 | ENTRY Appointing Counsel and Directing Development of Motion for Modification of Sentence Pursuant to 18 U.S.C. 3582 LJM c/m. eod 07/02/08 [PG] |
| 07/21/2008 | ORDER DENYING MOTION TO REDUCE SENTENCE RE CRACK COCAINE OFFENSE - 18:3582 LJM c/m.\ eod 07/23/08 [PG] |
| 07/21/2008 | OBV 42 PG 96 eod 07/23/08 [PG] |
| 05/12/2015 | REASSIGNED from Mag FOSTER to Mag DINSMORE (dis) eod 05/12/15 [DH] |
| 03/29/2018 | REASSIGNED from Judge MCKINNEY to Judge MAGNUS-STINSON eod 03/29/18 [HET] |
| 03/29/2018 | CASE ADMINISTRATIVELY MOVED TO THE COURT'S CM/ECF SYSTEM UNDER THE SAME CAUSE NUMBER, NO FURTHER ENTRIES SHALL BE MADE IN JAMS eod 03/29/18 [HET] |